(135 So. 923)

## Bob JACOBS v. STATE.
### 8 Div. 230.

Court of Appeals of Alabama.
May 26, 1931.

BRICKEN, P. J.
Appeal dismissed.

(131 So. 920)

## Fred JACOBS v. STATE.
### 3 Div. 687.

Court of Appeals of Alabama.
Jan. 13, 1931.

Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.

At the May term, 1930, of the Montgomery circuit court, the grand jury indicted this appellant, charging him with unlawfully transporting in quantities of five gallons or more, liquors or beverages, the sale, possession, or transportation of which is prohibited by law. Under the statute, this offense is a felony. He was duly arraigned, tried and convicted as charged, whereupon the court sentenced him to imprisonment in the penitentiary for not less than four years, nor more than five years. Judgment of conviction was duly rendered, from which this appeal was taken. The record, upon which this appeal is predicated, is in all things regular and without error. Let the judgment of conviction of the lower court stand affirmed.

Affirmed.

(133 So. 924)

## Berry JARMAN v. STATE.
### 1 Div. 10.

Court of Appeals of Alabama.
Apr. 14, 1931.

BRICKEN, P. J.
Appeal dismissed.

(135 So. 923)

## Arson JERKINS v. STATE.
### 4 Div. 788.

Court of Appeals of Alabama.
June 23, 1931.

BRICKEN, P. J.

There is no phase of the evidence adduced upon the trial of this case tending to connect this appellant with the commission of the offense for which he was convicted in the court below; and, from the judgment of conviction therein, this appeal was taken. In the absence of any proof whatever showing or tending to show the guilt of the accused, it would be unconscionable to permit such judgment to stand. The affirmative charge was requested and refused. We are at a loss to understand why or upon what theory the trial court permitted the conviction of this appellant in the absence of any testimony tending in any manner to connect him with the offense complained of. The refusal of the affirmative charge requested in writing was error to a reversal.

Reversed and remanded.

(131 So. 920)

## Joe W. JOHNS v. STATE.
### 1 Div. 12.

Court of Appeals of Alabama.
Dec. 10, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(137 So. 922)

## Oscar JOHNSON v. MARKEETA COAL CO.
### 6 Div. 86.

Court of Appeals of Alabama.
Nov. 27, 1931.

Chester Austin, of Birmingham, for appellant.

PER CURIAM.
Dismissed for want of prosecution.